**Order entered October 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00524-CV

**COLLIN CENTRAL APPRAISAL DISTRICT, Appellant**

**V.**

**COLLIN CREEK MALL, LLC, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-03582-2011**

## ORDER

Before the Court is appellant's October 24, 2014 motion to abate appeal to permit parties to finalize settlement, and alternative unopposed second motion for extension of time to file brief. We **GRANT** the motion **to the extent** that appellant shall file its brief by **NOVEMBER 24, 2014**.

/s/      ELIZABETH LANG-MIERS
            JUSTICE